UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CLAUD CAVINESS,

          Plaintiff,      CIV. S-04-2388 GEB PAN PS

    v.

                              FINDINGS AND RECOMMENDATIONS

GORDON R. ENGLAND, SECRETARY OF
THE NAVY, U.S. DEPARTMENT OF THE
NAVY,

          Defendant.

—o○o—

    On June 6, 2005, this court directed plaintiff for the second time properly to serve the summons and complaint upon defendant. The court's order gave plaintiff specific instructions and imposed a deadline of eleven days (or until Monday, June 20, 2005)[1] to file proof of service with the court. The court noted that plaintiff's failure to comply would result

---

[1] This period includes an additional three days for service pursuant to Fed. R. Civ. P. 6(e).

1  in a recommendation this case be dismissed pursuant to Fed. R.
2  Civ. P. 4(m) and Fed. R. Civ. P. 41(b).
3      Plaintiff has neither filed proof of service nor
4  otherwise responded to the court's order.
5      Accordingly, I recommend this action be dismissed due to
6  plaintiff's failure timely and properly to effect service of
7  process (Fed. R. Civ. P. 4(m)) and failure to comply with the
8  rules and orders of this court (Fed. R. Civ. P. 41(b)).  See
9  also, Fed. R. Civ. P. 16(f) (authorizing dismissal pursuant to
10 Rule 37(b)(2)(C) "[i]f a party . . . fails to obey a . . .
11 pretrial order"); E. D. Cal. L. R. 11-110 ("[f]ailure of . . . a
12 party to comply with these Rules or with any order of the Court
13 may be grounds for imposition by the Court of any and all
14 sanctions authorized by statute or Rule or within the inherent
15 power of the court").
16     These findings and recommendations are submitted to the
17 Honorable Garland E. Burrell, Jr., the United States District
18 Judge assigned to this case.  28 U.S.C. § 636(b)(l).  Written
19 objections may be filed within ten days after being served with
20 these findings and recommendations.  The document should be
21 captioned "Objections to Magistrate Judge's Findings and
22 Recommendations."  The failure to file objections within the
23 ////
24 ////
25 ////
26 ////

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 29, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge