UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CLAUD CAVINESS,

    Plaintiff,    CIV. S-04-2388 EJG PAN PS

  v.

GORDON R. ENGLAND, SECRETARY OF  ORDER
THE NAVY, U.S. DEPARTMENT OF THE
NAVY,

    Defendant.

—oOo—

  On June 30, 2005, this court recommended plaintiff's action be dismissed due to plaintiff's failure properly to serve process upon defendant (Fed. R. Civ. P. 4(m)) and to comply with the rules and orders of this court (Fed. R. Civ. P. 41(b)).  On July 8, plaintiff filed objections with attached proofs of service demonstrating adequate service upon defendant June 13, 2005.

  Accordingly, the court vacates its findings and

recommendations filed June 30, 2005.  Defendant's request the court continue to recommend dismissal is denied.

Defendant now moves for summary judgment.

Plaintiff has filed a "Motion for Continuance of All Proceedings and Response Pertaining to Defendant's Motion for Summary Judgment" in which he seeks to extend the deadline for filing his opposition to at least December 19, 2005.  Plaintiff has attached a September 15, 2005, report from his treating physician, George D. Karalis, M.D., M.P.D., who states that plaintiff has recently undergone surgery for a pacemaker implant; is currently being treated for post-traumatic stress syndrome, anxiety, lower back pain, gout arthritis, dilated cardiomyopathy, and hyperlipidemia; is "medically unable to participate in any official court proceeding at the present time;" and "will remain medically unable to do so for at least ninety (90) days."

Defendant opposes continuance on the ground, inter alia, that plaintiff's complaint alleges medical infirmities resulting from defendant's actions and thus cannot provide the rationale for extending time.

As this is plaintiff's first formal request for continuance based upon a medical report, his request for enlargement of time to oppose defendant's summary judgment motion is granted for cause shown.  Fed. R. Civ. P. 6(b).  The court cautions, however, that plaintiff has caused many delays in this case and any future requests for enlargement of time will require a strong showing of good cause.

Plaintiff shall serve and file an opposition to defendant's motion on or before Friday, January 13, 2006; defendant may serve and file a reply on or before Friday, January 27, 2006.  The hearing on defendant's motion for summary judgment, currently scheduled for September 21, 2005, is vacated and rescheduled for Wednesday, February 8, 2006, at 9:00 a.m., in Courtroom 25.

So ordered.

Dated:   September 21, 2005.

      /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge