UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CLAUD CAVINESS,

         Plaintiff,         CIV. S-04-2388 EJG PAN PS

    v.

                                    ORDER

GORDON R. ENGLAND, SECRETARY OF THE NAVY, U.S. DEPARTMENT OF THE NAVY,

         Defendant.

-o0o-

Plaintiff moves for clarification of this court's order filed September 22, 2005. Plaintiff need not file with the court a status report nor any other brief until January 13, 2006, when plaintiff is directed to serve and file his opposition to defendant's motion for summary judgment. If the court requires further briefing subsequent to a decision on the motion for

////

////

summary judgment it will so instruct the parties.

So ordered.

Dated: November 9, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge