IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUD CAVINESS,

    Plaintiff,                    No. CIV S-04-2388 GEB EFB PS

vs.

GORDON R. ENGLAND, Secretary of the Navy, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        IT IS SO ORDERED.

DATED: August 29, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE