```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


CLAUD CAVINESS,                           No.  CIV.S-04-2388 GEB DAD PS

        Plaintiff,

    v.                                    ORDER

GORDON R. ENGLAND, Secretary
of the Navy, DEPARTMENT OF
THE NAVY,

        Defendants.
_____/
```

       This action has been assigned to United States District Judge Garland E. Burrell, Jr. and pursuant to Local Rule 72-302(c)(21) was referred to a Magistrate Judge for all purposes encompassed by that provision.  On August 29, 2006, the matter was re-assigned to the undersigned.

       On August 15, 2005, defendants moved for summary judgment in their favor and noticed that motion for hearing on September 21, 2005.  On December 22, 2005, plaintiff, now represented by counsel, filed a motion to transfer this action to the United States District

Court for the Northern District of California, noticing the motion for hearing on January 25, 2006.  The then-assigned Magistrate Judge issued minute orders on January 23, 2006 and February 6, 2006, vacating the noticed hearings on both motions and submitting them for decision without oral argument.

In light of the recent reassignment of this matter to the undersigned and considering the age of this case and that of the briefing submitted in connection with those motions, the court finds that at the very least oral argument on the motions may assist the court.  Moreover, given the passage of time, it may be possible that the parties positions or arguments may have changed.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for summary judgment (Doc. no. 11) and plaintiff's motion to transfer (Doc. no. 24) are denied without prejudice to being re-noticed for hearing.

2. The parties are directed to re-notice defendants' motion for summary judgment and plaintiff's motion to transfer for hearing on **October 27, 2006, at 10:00 a.m.**, in Courtroom 27 before the undersigned magistrate judge.

3. Any supplemental briefing in support of the motions by the moving party shall be filed on or before October 13, 2006.  Any supplemental opposition to either motion shall be filed on or before October 20, 2006.  The parties need not repeat any arguments already filed with the court and are not required to file supplemental briefs if they are relying on the arguments previously presented.

/////

 4. Any party may arrange telephonic appearance by contacting Courtroom Deputy Pete Buzo at (916) 930-4128.

DATED: September 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.prose\caviness2388.set.hearing