IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUD CAVINESS,

     Plaintiff,                   2:04-cv-2388-GEB-DAD-PS

    vs.

GORDON R. ENGLAND, et al.,

     Defendants.         <u>ORDER</u>

_____/

        Plaintiff, now represented by counsel, filed this civil rights action seeking relief pursuant to Title VII.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 72-302(c)(21).

        On May 3, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1 Accordingly, IT IS HEREBY ORDERED that:

2 1. The findings and recommendations filed May 3, 2007, are adopted in full;

3 2. Defendants' August 15, 2005 motion for summary judgment, renewed by
4 defendants' amended notice of motion filed September 18, 2006, is granted; and

5 3. Judgment shall be entered for defendants, and the action shall be closed.

6 Dated: May 30, 2007

8 GARLAND E. BURRELL, JR.
9 United States District Judge